UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00258 |
| | ) | JUDGE CAMPBELL |
| ALFREDO HERNANDEZ | ) | |

<u>ORDER</u>

The Court convened a sentencing hearing in this case on October 4, 2013. At the request of the parties, the sentencing hearing is RESCHEDULED for October 23, 2013, at 9:00 a.m.

Any further objections to the Presentence Investigation Report shall be filed by October 11, 2013. The Presentence Investigation Report shall be revised, if necessary, by October 18, 2013.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE